**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**SOUTHEASTERN DIVISION**

| | | |
|---|---|---|
| LAMONT WILLIAMSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:17-cv-161-SNLJ |
| | ) | |
| MINA MASSEY, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM and ORDER

Plaintiff, pro se, is a prisoner incarcerated in the Missouri Department of Corrections. He brought this 42 U.S.C. § 1983 lawsuit alleging violation of his constitutional rights related to the treatment of an alleged tumor in his nostril. He filed a "Request for Deposition of Witnesses: Non-Stenographer Deposition of Mina K. Kassey and Dana Degan" (#12). Plaintiff states that he brings his motion pursuant to Eighth Circuit Local Rule 30, the Western District of Missouri's Local Rules, and the Federal Rules of Civil Procedure. Because he says he cannot afford the cost of a stenographer, he says he should be granted permission to utilize a MDOC policy titled "D1-8.3 Truth Verification Examination – Offender," which plaintiff attaches to his motion. The Policy appears to allow for a polygraph examination without a court reporter. The policy refers to the examination of an offender, not prison personnel: "If an offender files a complaint against any employee of the department and it is determined that a truth verification examination is needed, the offender filing the complaint or making the allegation may be required to take a truth verification examination…". (#12 at 6.)

Plaintiff's reliance on the MDOC policy is therefore misplaced. Regardless, "[t]his Court prefers that pro se prisoner plaintiffs utilize interrogatories and discovery requests, rather than

depositions, in obtaining discovery from other parties." *See Price v. Larkins*, 4:10cv1738 AGF, 2011 WL 2416383, at *1 (E.D. Mo. June 13, 2011).

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's Request for Deposition of Witnesses: Non-Stenographer Deposition of Mina K. Kassey and Dana Degan (#12) is DENIED.

Dated this 29th day of May, 2018.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE